UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIAKIL MCCRAY,<br><br>Plaintiff,<br><br>-against-<br><br>GLOBAL CREDIT & COLLECTION CORP;<br>DISTRESSED ASSET PORTFOLIO IV, LLC<br>.<br>Defendant. | Civil Case No.: 2:17-cv-06203 WHW-CLW<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., does hereby withdraw his action with prejudice against GLOBAL CREDIT & COLLECTION CORP; DISTRESSED ASSET PORTFOLIO IV, LLC This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: June 10, 2018

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**
S/ William H. Walls, USDJ

_____
U.S.D.J.